UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:19-CR-00256-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER REQUIRING ADMINISTRATION OF COVID-19 TEST TO FACILITATE POTENTIAL RELEASE FROM ON BOND |
| JULIO CESAR MORENO GARCIA, | |
| Defendant. | |

This court has ordered defendant Julio Cesar Moreno Garcia ("defendant") released on bond upon satisfaction of certain conditions. One of those conditions is that he test negative for the Novel Coronavirus ("COVID-19"). The court understands that medical staff at his current place of detention, Lerdo Detention Facility ("Lerdo"), requires a court order to administer the test. Accordingly, the court HEREBY ORDERS that:

(1) Medical staff at Lerdo immediately administer such a test to defendant; and

(2) As soon as possible the results of that test be transmitted to the U.S. Marshals Service, who are directed to immediately share the results with the court, pretrial services and counsel in this case only.

IT IS SO ORDERED.

Dated: __July 31, 2020__   _____
UNITED STATES DISTRICT JUDGE

1