# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) Case No.  1:19CR00256-012 NONE SKO |
| JULIO CESAR MORENO GARCIA, | ) ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  United States District Court, 2500 Tulare Street, Fresno, California 93721
*Place*

Courtroom 7 before Magistrate Judge Sheila K. Oberto

on  October 19, 2020 at 1:00pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

**MORENO GARCIA, Julio Cesar**
**Doc. No. 1:19-CR-256-NONE/SKO-012**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☒ (6) The defendant is placed in the custody of:

  Name of person or organization     Norma Cortez

  who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

  SIGNED: _____
  CUSTODIAN

☒ (7) The defendant must:
  ☒ (a) report on a regular basis to the following agency:
    Pretrial Services and comply with their rules and regulations;
  ☒ (b) report by telephone to the Pretrial Services Agency on the first working day following your release from custody;
  ☒ (c) reside with Norma Cortez, and not move or be absent from this residence for more than 24 hrs. without at a location approved by the PSO prior approval of PSO; travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO;
  ☒ (d) report any contact with law enforcement to your PSO within 24 hours;
  ☒ (e) cooperate in the collection of a DNA sample;
  ☒ (f) not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the PSO;
  ☒ (g) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;
  ☒ (h) refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed and/or recommended, may not be used;
  ☒ (i) not apply for or obtain a passport or any other traveling documents during the pendency of this case;
  ☒ (j) execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A $7,500 collateral bond secured by the posting of the defendant's two vehicles;
  ☒ (k) participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay as determined by the PSO: **HOME INCARCERATION:** You must remain inside your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the PSO;

## USMS SPECIAL INSTRUCTIONS:

  ☒ (l) have your release on bond delayed until the day following satisfaction of all the additional conditions:
  ☒ (m) the posting of the security bond, that is the vehicle titles to the clerk of the court; the filing of a declaration either by Ms. Cortez or by Mr. Meyer, attesting to the fact that she fully understands her obligations as a third-party custodian if she becomes aware of Mr. Moreno Garcia being in violation of any of the conditions that the Judge Drozd listed, that it's her obligation to contact pretrial services immediately. And that she not only understands that obligation, but she has agreed and sworn to abide by that; confirmation of a medical test indicating that Mr. Moreno Garcia has tested negative for the coronavirus; And Judge Drozd is requesting that the US marshals make, on his behalf, a request to the medical staff at Lerdo that in order to facilitate his potential release from confinement on bond, that Mr. Moreno Garcia be administered such a test, and that as very soon as possible that the results of that COVID-19 test be transmitted to the marshals office, who are directed to transmit it immediately to pretrial services, who can share it with the counsel in this case only. And that a negative COVID-19 test will be a preliminary condition before the Judge will sign any release order.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Attorney for Julio Moreno Garcia

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.

Date: August 5, 2020

_____
*Judicial Officer's Signature*

Dale A. Drozd, U.S. District Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL