JOHN MEYER
225629
16024 W. Brian Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for Tauri Valera

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00256-DAD-SKO |
|---|---|
| Plaintiff, | ORDER AND STIPULATION REGARDING MODIFICATION OF PRE-TRIAL RELEASE |
| v. | |
| JULIO CESAR MORENO GARCIA, | |
| Defendants. | |

**STIPULATION**

1. By previous order, Mr. Moreno Garcia was released on terms and conditions.

   a) As a term of the release of Mr. Moreno Garcia the court ordered him confined on house arrest.

   b) He has had no issues while on pre-trial release and has followed all rules set forth by the pre-trial office.

   c) Recently, family members within the household where Mr. Moreno Garcia resides have had medical issues that require Mr. Moreno Garcia's assistance.

   d) The assistance required may involve leaving the house at which he is staying.

   e) Pre-trial services is in agreement with a modification of Mr. Moreno Garcia's release terms from that of house arrest to one of a curfew from 9pm to 6am or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

   f) The government has no objection to the proposed order.

STIPULATION AND FINDINGS AND ORDER

1

IT IS SO STIPULATED.

Dated: July 1, 2021						BENJAMIN B. WAGNER
											United States Attorney


											/s/ Jeffrey Spivak
											Jeffrey Spivak
											Assistant United States Attorney




Dated: July 1, 2021						/s/ JOHN MEYER
											John Meyer
											Counsel for JULIO CESAR
											MORENO GARCIA

STIPULATION AND FINDINGS AND ORDER

2

# ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed stipulations, and orders that the condition of release be modified from house arrest to one of a curfew from 9pm to 6am or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

IT IS SO ORDERED.

Dated: __**July 1, 2021**__           /s/ *Barbara A. McAuliffe*           
                                       UNITED STATES MAGISTRATE JUDGE